**Denied; and Opinion Filed January 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00070-CV

### IN RE CARLA ROBINSON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-02-06685-T**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

Relator contends that the trial court erred in failing to rule on her motion to modify child support which she states has been pending for five months. The facts and issues are well known to the parties, so we need not recount them herein. We conclude relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Additionally, based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

140070F.P05

/Lana Myers/
LANA MYERS
JUSTICE